UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-6918-MWF(Ex)**                                                      Dated: **May 29, 2014**

Title:     Jonas Washington  -v- Lockheed Martin Corporation, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

      Rita Sanchez                                   None Present
      Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

      None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

     In light of the Notice of Settlement filed May 29, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 30, 2014 at 11:30 a.m.**  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

     IT IS SO ORDERED.


MINUTES FORM 90                                              Initials of Deputy Clerk   __rs__
CIVIL - GEN

-1-